

# Fourth Court of Appeals
## San Antonio, Texas

July 13, 2016

No. 04-16-00404-CV

**CITY OF LAREDO**,
Appellant

v.

Priscilla **RANGEL**, individually and as next friend of Andrea Adalpe, a minor,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2013-CVT-002103 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

The court reporter has filed a notification of late reporter's record, requesting additional time. We GRANT the request and ORDER the court reporter to file the reporter's record on or before July 25, 2016

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of July, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court